**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2080**

DON W. MCKINNEY,

                    Plaintiff - Appellant,

          v.

COMMONWEALTH OF VIRGINIA,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.   James P. Jones, District Judge.  (2:12-cv-00032-JPJ-PMS)

Submitted: December 17, 2013        Decided: December 19, 2013

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Don W. McKinney, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don W. McKinney appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McKinney v. Commonwealth of Va., No. 2:12-cv-00032-JPJ-PMS (W.D. Va. July 31, 2013). We deny McKinney's pending motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED